Damian Dudley #112483
C/o R.C. Lewis/Bakeney
P.O. Box 3200
Buckeye, Az. 85326

FILED ✓   ___ LODGED
___ RECEIVED ___ COPY

JUL 2 1 2011

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ P DEPUTY

MICHAEL K. JEANES, CLERK
COC MAILROOM
DOCUMENT DEPOSITORY

2011 JUL -7  AM 10: 31

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

Damian Dudley,
       Plaintiff,

V.

Captain Cesolini, # A3347,
       Defendant.

No. CV-11-00387-PHX-SMM-LOA

DEFENDANT'S FIRST SET OF
NON-UNIFORM INTERROGATORIES
TO PLAINTIFF

TO: Damian Dudley, Pro-per

     PLEASE TAKE NOTICE that
Defendant Captain Cesolini, through Counsel
and pursuant to Rule 33, Fed. R. Civ. P.,
hereby requests you to answer, in writing
and under Oath, within forty (40) days, the
following Non-Uniform Interrogatories

## NON-UNIFORM INTERROGATORIES

### INTERROGATORY NO. 1:

List any and all felony or misdemeanor offenses for which you have been arrested and/or convicted, including the date, the offense, whether it was a felony or misdemeanor, the location of the event, the facts and circumstances giving rise to each arrest and/or conviction, and if there was a conviction, the place(s) and duration of incarceration for the criminal sentence.

I am currently in prison for Kidnapping a class 2 Felony, Robbery a class 4 felony and Agg. Assault class 6 felony. I received 17 years this crime happened in May 2007 in phoenix.

In March 1995 I was sentenced to 13 years for burglery and _____ _____ in the A.D.O.C. the crime happened in Phx, I spent 11 years and 8 months in prison

My crimes are to extensive to remember, especially specifics such as dates, offenses, location of the event, facts and circumstances giving rise to each arrest and/or conviction, the place(s) and duration.

I have a unarmed robbery conviction from Framingham Mass. I did 3 years in the Massachusettes Dept. of Corr.

I received 6 years probation for a burglery in a Mass. Institute Technology dorm room.

I have many more convictions I cannot remember them all my criminal history dates back to 1988.

I am not refusing to answer these questions, I just can't remember them all off of the top of my memory.

1   **INTERROGATORY NO. 2:**

2           Have you ever been a party to a civil lawsuit? _Yes_  If so, identify whether

3   you were the plaintiff or a defendant, the cause number, nature of the plaintiff's claim, and

4   when and in what court the action was commenced. Always the plaintiff. I

5   can't remember the cause numbers, but I have had

6   a few in the U.S. Dist. Court in Phx. (Judges McNamee &

7   Anderson have "always" been my Judges).

8   I have some in Maricopa County Superior Court

9   One case in Pinal County.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2550946.1                                              4

1   **INTERROGATORY NO. 3:**

2            Set forth in detail each and every fact and/or piece of evidence that supports

3   your claim that Defendant illegally seized property during the cell "shakedown" on

4   October 27, 2009, and set forth how such conduct constitutes a denial of due process.

5   Objection: Relevance; vague and ambiguous; calls for an

6   improper legal conclusion and not reasonably calculated to

7   lead to the discovery of admissable evidence.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2550946.1

5

1    **<u>INTERROGATORY NO. 4:</u>**

2        Set forth each and every cause of action asserted in your Amended

3    Complaint against Defendant Captain Cesolini.

4    Objection: Relevance; vague and ambiguous; calls for

5    an improper legal conclusion and not reasonably cal-

6    culated to lead to the discovery of admissable evidence.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**INTERROGATORY NO. 5:**

Set forth in detail each and every fact and/or piece of evidence that supports your claim that you have suffered "$25,000.00 for the loss and destruction of Plaintiff's property," "$29,000.00 in Compensatory Damages," "$41,000.00 in Nominal Damages."

Objection: Relevance; vague and ambiguous; calls for an improper legal conclusion and not reasonably calculated to lead to the discovery of admissable evidence.

25

1

## INTERROGATORY NO. 6:

2          Set forth in detail each and every fact and/or piece of evidence that supports

3   your claim that "$25,000.00 in Punitive Damages" should be assessed against Defendant.

4   Objection: Relevance; vague and ambiguous; calls for an

5   improper legal conclusion and not reasonably calculated

6   to lead to the discovery of admissable evidence.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    **INTERROGATORY NO. 7:**

2              Have you ever provided testimony under oath in a deposition or trial? _____

3    If yes, list the date, location, form and nature of the testimony, and the cause number in

4    which your testimony was given

5

6    Objection: Relevance; vague and ambiguous; calls for an

7    improper legal conclusion and not reasonably calculated

8    to lead to the discovery of admissable evidence.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**INTERROGATORY NO. 8:**

Please list the name and address of any correctional facility in which you have been detained, housed or incarcerated, including any jail or prison, in state or out of state, and provide the dates of and reason for any such detainment, housing or incarceration.

Objection: Relevance; vague and ambiguous; ~~calls for an~~ ~~improper legal~~ overbroad and not reasonably calculated to lead to the discovery of admissable evidence.

1

**INTERROGATORY NO. 9:**

2     Please list any and all disciplinary charges or violations you received while

3 detained, housed, or incarcerated at any correctional facility, including but not limited to a

4 ticket or write up from prison officials, and a description of what privileges were lost as a

5 result of the disciplinary charges.

6 Objection: Relevance; overbroad and unduly burdensome;

7 vague and ambiguous and not reasonably calculated to

8 lead to the discovery of admissable evidence.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2550946.1

11

1   **INTERROGATORY NO. 10:**

2          At the time of trial do you intend to use or refer to any textbook, periodical

3   or other publication during direct examination of your witnesses? _Yes_* If your answer

4   is in the affirmative, provide the citation for any text or periodical you intend to use.

5
6   Objection: Relevance; overbroad; vague and ambiguous
7   and not reasonably calculated to lead to the discovery
8   of admissible evidence * Without waiving objections,
9   information will be supplemented as it becomes
10  available

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1   **INTERROGATORY NO. 11:**

2       List specifically and in detail each and every exhibit, including

3   impeachment materials, you propose to utilize at trial in this matter.  This Interrogatory is

4   directed both to exhibits you intend to use at trial and exhibits you may use.

5

6   objection: Relevance; overbroad; vague and ambiguous

7   and not reasonably calculated to lead to the discovery of

8   admissable evidence. Without waiving objections inform-

9   ation will be supplemented.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2550946.1                                    13

1  **INTERROGATORY NO. 12:**

2          List the names, addresses and phone numbers of any and all individuals that

3  you intend to call as witnesses at trial.

4  Objection: Relevance; overbroad; vague and ambiguous

5  and not reasonably calculated to lead to the discovery

6

7  of admissable evidence. Without waiving objections,

8  information will be supplemented.

9

10  Dated this _26th_ day of June, 2011          Damian Dudley

11                                              Damian Dudley, Plaintiff

12  one copy mailed this _26th_ day of June 2011 to:

13

14  Attorney for the Defendant:

15  Amy L. Nguyen

16  Jones, Skelton & Hochuli, P.L.C.

17  2901 N. Central Ave, Suite 800

18  Phoenix, Az. 85012

19

20

21  Damian Dudley

22

23  Damian Dudley, Plaintiff

24  Original & 2 copies of the foregoing mailed this _24_ day of June, 2011 to:

25  Clerk U.S. Dist. Court
Sandra Day O'Connor U.S. Courthouse, Suite 130

26  401 W. Washington St. SPC-1

27  Phoenix, Az. 85003-2118

28                                     Damian Dudley

2550946.1                            14 Damian Dudley, Plaintiff